UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-20038-CIV-HUCK/O'SULLIVAN

ERNESTO PADRON,
and others similarly situated,

    Plaintiff,

v.

CINGHIALINO, LLC,
a Florida corporation, d/b/a
VIA QUADRONNO Restaurant, and
PAOLO DELLA PUPPA, individually,

    Defendants.
_____/



CLOSED CIVIL CASE

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon the Mediation Report, filed April 18, 2008 (D.E. #19), which indicates that the parties have reached a settlement of their dispute. Having been so notified and being otherwise duly advised in the premises, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE. All pending motions are DENIED as moot and the case is CLOSED.

DONE AND ORDERED in Chambers, Miami, Florida, this April 29, 2008.

                                          Paul C. Huck
                                          United States District Judge

Copies furnished to:
Counsel of Record